**IT IS ORDERED as set forth below:**



**Date: July 18, 2016**

_____
Edward J. Coleman, III
United States Bankruptcy Court Judge

_____

## United States Bankruptcy Court
### For the Southern District of Georgia

| | |
|---|---|
| In the matter of: ) | |
| ) | Chapter 13 |
| PHILIP ALLEN MCNEAR ) | |
| ) | Case No.  15-41907-EJC |
| ) | |
| Debtor. ) | |

### ORDER ON MOTION FOR RELIEF FROM CO-DEBTOR STAY

MOVANT: Ditech Financial LLC f/k/a Green Tree Servicing LLC, ("Ditech"), Its Successors Or Assigns
SUBJECT PROPERTY:  Relief to pursue Co-Debtor; Real property known as 116 Ashley Drive, Guyton, Effingham County, GA 31312.

After notice sent and no response having been filed, the motion is ordered:

☑       Granted **as to Co-Debtor, DEBRA A. MCNEAR, ONLY**

☐       **Continued to** _____ **at** _____ **a.m./p.m.**

☐       Denied

        ☐       The debtors shall make timely post-petition payments to movant as required by the Chapter 13 plan.

STRICT COMPLIANCE IS ORDERED as follows:

☐       That in the event the debtor fails to comply with the terms of this order, the movant, through its attorney of record, may file an affidavit establishing the default, served upon debtors and debtors' attorney. Upon the expiration of ten (10) days without filing of a counter-affidavit by the debtors disputing the <u>fact</u> of default, an order will be entered lifting the automatic stay.

☐       The automatic stay is lifted automatically and without any further Notice or Order of Court, in the event that debtors remain in default in the performance of any payment obligation set forth in this order ten (10) days after

   the filing and service of a Notice of Non-compliance by Movant. Any action to reimpose the stay seeks injunctive relief and shall be brought as an Adversary Proceeding under Rules 7065 and 9011.

☐  The strict compliance provision of this Order shall expire on _____.

☐  Other provisions: _____
_____
_____

END OF DOCUMENT

Submitted by:

Taylor Mansell, GBN 940461
Timothy D. Padgett, P.A
1930 North Druid Hills Road, Ste. B
Atlanta, GA 30319
(404) 728-0220